168 P.3d 39

# SUPREME COURT OF HAWAI'I

Association of Apartment Owners
of Newtown Meadows ex rel. Bd.
of Directors v. Venture 15, Inc. 26637     09/20/2007  Denied        115 Hawai'i 232,
167 P.3d 225